ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Kirlin Builders | ) ASBCA No. 63033 |
| | ) |
| Under Contract No. W91278-17-F-0354 | ) |
| T.O. No. W91278-17-D-0027 | ) |

APPEARANCES FOR THE APPELLANT:    Douglas L. Patin, Esq.
Sabah K. Petrov, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Kristine M. Knodel, Esq.
David C. Brasfield, Jr., Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Mobile

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: November 3, 2022

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63033, Appeal of Kirlin Builders, rendered in conformance with the Board's Charter.

Dated:  November 4, 2022

_for_ Tammye D. Allott

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals